AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Daniel Scott Flaten<br><br>*Defendant* | ) | Case No. 3:26-cr-168-1 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Daniel Scott Flaten, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Make false Statements to Influence the Federal Crop Insurance Corporation
False Statements to Influence the Federal Crop Insurance Corporation
Forfeiture Notice

Date: 10/08/2026

/s/Sarah Lien
*Issuing officer's signature*

City and state: Fargo, ND

Sarah Lien, Depuy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/26/26, and the person was arrested on *(date)* 10/26/26 at *(city and state)* West Fargo, ND.

Date: 10/26/26

[signature] W731
*Arresting officer's signature*

Jayden Halverson W731
*Printed name and title*